FILED

2005 MAY 17  P 2: 36

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO

BY_____
         DEPUTY

1  BILL LOCKYER, Attorney General
   of the State of California
2  ROBERT R. ANDERSON
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  MONICA N. ANDERSON
   Supervising Deputy Attorney General
5  DAVID A. CARRASCO, SBN 160460
   Deputy Attorney General
6     1300 I Street
      P.O. Box 944255
7     Sacramento, CA 94244-2550
      Telephone: (916) 323-1938
8     Fax: (916) 324-5205

9  Attorneys for Defendants
   California Department of Corrections
10 and California State Prison, Corcoran
   SA2004101255

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MARY CHACON, ARTHUR CHACON,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>Defendants. | Case No. CIV-F-04-5613 AWI SMS<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Fed. R. Civ. P. 41(a)(1)(ii) |

///

///

///

---

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

1

1  IT IS HEREBY STIPULATED that, pursuant to Federal Rule of Civil Procedure
2  41(a)(1)(ii), the above-entitled action shall be dismissed with prejudice as to all Defendants.
3  Each side shall bear their own attorneys' fees and costs.

Date: April 25, 2005

By: /s/ Mary Chacon
MARY CHACON
Plaintiff

Date: April 25, 2005

By: /s/ Arthur Chacon
ARTHUR CHACON
Plaintiff

Date: April 13, 2005      **WELEBIR & McCUNE**

By: /s/ Cory R. Weck
CORY R. WECK
Attorneys for Plaintiff

Date: May 16, 2005        **OFFICE OF THE ATTORNEY GENERAL**

By: /s/ David A. Carrasco
DAVID A. CARRASCO
Deputy Attorney General
Attorneys for Defendants

It is so Ordered. Dated: 5-17-05

United States District Judge

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE
2